IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
05/15/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

| | |
|---|---|
| DANIEL KHUNGBIK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 26-3057-JWL |
| | ) |
| C. CARTER, Warden, FCI-Leavenworth; | ) |
| AARON J. WENDLER, Deportation Officer; | ) |
| TODD LYONS, ICE Acting Director; | ) |
| PAM BONDI, Attorney General; and | ) |
| Secretary, Department of Homeland Security, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

## **ORDER OF DISMISSAL**

On March 19, 2026, petitioner, an alien subject to a removal order, filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged his detention by immigration officials.  In response to the Court's show-cause order, respondents gave notice that on March 29, 2026, petitioner was in fact removed from the United States. Petitioner has not filed a reply brief by the deadline or otherwise disputed that he has been removed.  Accordingly, the Court hereby **dismisses the petition as moot**.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

2

IT IS SO ORDERED.

Dated this 15th day of May, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

2